IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-356-GCM

| | | |
|---|---|---|
| **KEVIN SHELTON,** | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING |
| | ) | ADMISSION PRO HAC VICE |
| **PROBUILD COMPANY, LLC.,** | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **THOMAS M. WINN, III,** filed September 27, 2012 [doc.# 9].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Winn is admitted to appear before this court *pro hac vice* on behalf of defendant, ProBuild Company, LLC.

**IT IS SO ORDERED.**

Signed: September 28, 2012

Graham C. Mullen
United States District Judge